**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1143**

DARLENE J. DAVIS,

        Plaintiff - Appellant,

    v.

COMCAST CORPORATION, INC.; JOE MINOR; DAN SIMSON,

        Defendants - Appellees,

    and

DANA THOMAS; RICO WADE,

        Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (1:13-cv-01513-GBL-IDD)

Submitted: May 21, 2015        Decided: August 5, 2015

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darlene J. Davis, Appellant Pro Se. Timothy McCormack, Michelle Marie McGeogh, BALLARD SPAHR, LLP, Baltimore, Maryland, Constantinos George Panagopoulos, BALLARD SPAHR, LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darlene J. Davis appeals various pretrial orders and the district court's final order denying relief on her complaint filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2012), and the Equal Pay Act, 29 U.S.C. § 206(d) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Comcast Corp., No. 1:13-cv-01513-GBL-IDD (E.D. Va. Jan. 26, 2015). Davis has filed a motion for a hearing in this Court, stating that she did not receive one of Comcast's attachments to its response. Because Comcast has now filed the requested attachment, we deny Davis' motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

AFFIRMED